■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH GREEN, Appellant. [33 NYS3d 907]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Modica, J.), imposed April 30, 2013, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Sanders*, 25 NY3d 337 [2015]; *People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Carter*, 114 AD3d 960 [2014]). Eng, P.J., Mastro, Hall, Sgroi and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM S. McDANIEL, Appellant. [33 NYS3d 906]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 24, 2014 (*People v McDaniel*, 120 AD3d 1437 [2014]), affirming a judgment of the Supreme Court, Kings County, rendered August 3, 2009, and an order of that court dated December 15, 2010.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dickerson, J.P., Austin, Miller and Duffy, JJ., concur.